# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-09-1778-R  **Date:** MAY 4, 2009

**TITLE:** E! ENTERTAINMENT TELEVISION INC  V. ENTERTAINMENT ONE GP LTD etc et al

==================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

Kristin Holland                                             Neil Soltman
Floyd mandell                                              Steven Rich
Steve Cochran

**PROCEEDINGS:** Plaintiff's Motion for Preliminary Injunction (fld 4-3-09 & 4-10-09)

The Court hears arguments of counsel.

The Court DENIES plaintiff's motion for preliminary injunction, for reasons as stated on the record.

Defendant shall submit a proposed order and findings.

8 min

**MINUTES FORM 90**                                                              **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**