Floyd A. Mandell (admitted *pro hac vice*)
Email:  floyd.mandell@kattenlaw.com
Carolyn M. Passen (admitted *pro hac vice*)
Email:  carolyn.passen@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661-3693
Telephone:  312.902.5200
Facsimile:  312.902.1061

Steve Cochran (SBN 105541)
Email:  steve.cochran@kattenlaw.com
Kristin L. Holland (SBN 187314)
Email:  kristin.holland@kattenlaw.com
Aniesa Rice (SBN 260206)
Email:  aniesa.rice@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| E! ENTERTAINMENT TELEVISION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENTERTAINMENT ONE GP LIMITED d/b/a E1 ENTERTAINMENT, a Canada corporation; E1 TELEVISION PRODUCTIONS LTD. d/b/a E1 TELEVISION and E1 TELEVISION INTERNATIONAL, a Canada corporation; E1 FILMS CANADA INC. d/b/a E1 FILMS, a Canada corporation; E1 ENTERTAINMENT GP LLC, a Delaware limited liability company; and E1 ENTERTAINMENT U.S. LP, a Delaware limited partnership,<br><br>Defendants. | Case No. CV09-01778 R (RCx)<br><br>**ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 8-3** |

1     The Court, having reviewed the Stipulation Pursuant to Local Rule 8-3 to

2 Extend Time to Answer or Otherwise Respond to Complaint, and good cause

3 appearing therefor, states:

4     IT IS HEREBY ORDERED that the time for each Defendant to answer or

5 otherwise respond to the Complaint is extended from May 27, 2009 to and

6 including June 26, 2009.

7

8 DATED:  May 26, 2009

9

10 _____

                              _____

11                                    Hon. Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LR 8-3
28803345.1